|  |  |  |
|---|---|---|
| JEFFREY S. EATON<br>CLERK | UNITED STATES DISTRICT COURT<br>OFFICE OF THE CLERK<br>DISTRICT OF VERMONT<br>FEDERAL BUILDING<br>BURLINGTON, VERMONT 05402-0945 | ☒ P.O. BOX 945<br>BURLINGTON 05402-0945<br>(802) 951-6301<br><br>☐ P.O. BOX 607<br>RUTLAND 05702-0607<br>(802) 773-0245 |

October 31, 2025

Jared K. Carter, Esq.
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601-0277

David R. McLean, Esq.
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609

Re:   *Kurtz v. Murad et al*
      Docket No. 2:25-cv-711

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Gary L. Franklin, Esq., Burlington, Vermont
Robert B. Hemley, Esq., Burlington, Vermont
Patricia M. Sabalis, Esq., Underhill, Vermont

The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **November 18, 2025**.[2]

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response*.
   If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation*.