UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

JEFFREY S. EATON
CLERK

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

November 18, 2025

Jared K. Carter, Esq.
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601-0277

Daniela del Rosario Wertheimer, Esq,
Cornell Law School First Amendment Clinic
Myron Taylor Hall
Ithaca, NY 14853

Heather E. Murray, Esq.
Cornell Law School
First Amendment Clinic
Myron Taylor Hall
Ithaca, NY 14853

David R. McLean, Esq.
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609

Re:   *Kurtz v. Murad et al*
      Docket No. 2:25-cv-711

Dear Counsel:

The assigned Evaluator, Robert B. Hemley, Esq., has notified us of a conflict of interest. Consequently, the parties will need to select a new evaluator. For the parties' consideration, we are providing below three additional potential evaluators from the Court's roster.[1]

Vaughn Carney, Esq., South Burlington, Vermont
Joseph E. McNeil, Esq., Burlington, Vermont
Norman E. Watts, Jr., Esq., Woodstock, Vermont

If the parties are unable to agree on one of the above evaluators, or stipulate to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4), we will assign an evaluator on the parties' behalf. Please file your selection with the Court no later than **December 2, 2025**.

Please do not hesitate to contact me with any questions.

Sincerely,
/s/ Lisa A. Wright
Acting ENE Administrator
(802) 951-8116

---

[1] Full list of the Court's ENE panel is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene