EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| DEVON KURTZ,<br>Plaintiff,<br><br>v.<br><br>JON MURAD, in his official capacity as Interim Commissioner of the Vermont Department of Corrections;<br>DAVID BOVAT, in his official capacity as acting Superintendent of the Southern State Correctional Facility ("SSCF"); and<br>ANTHONY GIORDANO, in his official capacity as Volunteer Services Coordinator at SSCF;<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 2:25-CV-00711 |

**CERTIFICATE OF CONSENT TO BE BOUND BY PROTECTIVE ORDER**

I hereby acknowledge that I have read the Protective Order entered by the Court in the above-captioned action, understand the terms of the Protective Order, and agree to be bound by its terms.

I will hold in confidence and not disclose to anyone not authorized under the Protective Order any Protected Material disclosed to me. I further agree that neither I nor anyone assisting me will use or rely on Protected Material disclosed to me for any purpose not authorized under the Protective Order. Without limiting the generality of this paragraph, I understand that it would be improper to use or rely on Protected Material in connection with my own research or in connection with any consulting for third parties.

At the conclusion of this case, I will return all Protected Materials which came into my possession, and documents or things which I have prepared relatingthereto, to counsel for the

party who provided the Confidential Information to me. As an alternative to returning Protected Material, I will destroy all of it and certify that all Material has been destroyed.

I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this case. I understand that violation of the Protective Order may be punishable by contempt of Court.

DATED: __________________________

______________________________________
Signature

______________________________________
Printed Name

______________________________________
Address

______________________________________
City, State, Zip Code